FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0547

_____

IN RE PARENTING OF:

D.C.S.,

    A minor.

REBECCAH JEAN TAYLOR,
n/k/a REBECCAH GROVE,

       Petitioner and Appellant,

  v.

JOSHUA RICHARD TAYLOR,

       Respondent and Appellee,

  and

DAVID SCOTT and JANICE SCOTT,

       Third-Party Intervenors and Appellees.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on December 16, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(a), (1)(d) requires that an appellant's principal brief must contain a table of contents, a table of authorities, and a statement of facts with citations to the record where material facts appear. Here, Appellant's principal brief fails to include a table of contents, a table of authorities, or a statement of facts with references to the record.

M. R. App. P. 12(1)(f) requires that an appellant's principal brief contain a summary of the argument that consists of a succinct, clear, and accurate statement of the

arguments made in the body of the brief. Appellant's opening brief does not include a summary of the argument.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken, be contained in Appellant's brief to this Court. Appellant's brief does not include a copy of the District Court's Order from which it is appealing.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with M. R. App. P. 12 and a copy of the relevant order or orders as an appendix and shall serve one copy of the revised brief and relevant orders on each person upon whom the brief was served; and

IT IS FURTHER ORDERED that pursuant to Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with M. R. App. P. 12(1)(i), including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 17 2024